McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE MANUEL NAVARRO,<br><br>  Defendant. | 2:19-MJ-00108-CKD<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Judge: Hon. Deborah Barnes |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on August 8, 2019.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until August 15, 2019, at 2:00 p.m.
3. The defendant made his initial appearance on July 25, 2019.
4. The defendant is presently in custody pending trial in this matter.
5. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time

may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including August 15, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: July 25, 2019         /s/ Adrian T. Kinsella
                             ADRIAN T. KINSELLA
                             Assistant U.S. Attorney

DATED: July 25, 2019         /s/ Michael Chastaine
                             MICHAEL CHASTAINE
                             Attorney for Jose Manuel Navarro
                             (as authorized on July 25, 2019)

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 26, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE