McGREGOR W. SCOTT
ADRIAN T. KINSELLA
United States Attorney
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0134-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE MANUEL NAVARRO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a pretrial motion hearing on January 7, 2020.

2. On January, 2020, the Court ordered the defendant's motion to suppress submitted and vacated the hearing set for January 7, 2020.

3. By this stipulation, defendant now moves to set a status conference on February 25, 2020, and to exclude time between January 7, 2020, and February 25, 2020, under Local Codes E and T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time consult with his client, discuss potential resolutions with his client, and otherwise prepare for trial.

    b) Counsel for defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)        The government does not object to the continuance.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2020 to February 25, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        f)        An exclusion of time is also warranted under 18 U.S.C. § 3161(h)(1)(D) [Local Code E], while the parties await the Court's ruling on the defendant's motion to suppress.

5.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 7, 2020         McGREGOR W. SCOTT
        United States Attorney

        /s/ ADRIAN T. KINSELLA
        ADRIAN T. KINSELLA
        Assistant United States Attorney

Dated: January 6, 2020         /s/ MICHAEL CHASTAINE
        MICHAEL CHASTAINE
        Counsel for Defendant
        JOSE MANUEL NAVARRO
        (as authorized January 6, 2020)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this __7th__ day of January, 2020.

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE