McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0134-JAM |
|---|---|
| Plaintiff, | JOINT STIPULATION AND REQUEST TO FILE DEFENSE EXHIBIT B TO DOC. 14 UNDER SEAL; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JOSE MANUEL NAVARRO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant's motion to suppress discusses two surveillance videos of the stop at issue in its motion, and offers them as Defense Exhibit B. (Doc. 14).

2. The parties stipulate that these videos also capture footage of undercover officers.

3. For this reason, the parties agree that a request to seal is necessary to protect the officers' identity and safety, and jointly request that Exhibit B be filed under seal.

4. Copies of the aforementioned videos will be provided to the Court on January 7, 2020. The original videos remain in the possession of the United States, and have been made available to the defense.

5. The Court may order documents to be filed under seal. While the "press and the public

have a presumed right of access to court proceedings and documents" under the First Amendment, this presumed right is not absolute. See Press-Enterprise Co. v. Superior Court, 464 U.S. 501, 510 (1985). It can be overcome "based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest." Id. From the Court's perspective, the controlling "interest is to be articulated along with findings specific enough that a reviewing court can determine whether the closure order was properly entered." Id.

6. In this case, filing Defense Exhibit B under seal protects the safety of the undercover officers and allows them to continue to work in an undercover capacity. The parties agree that ensuring these officers' safety and identity is a compelling interest that overcomes the public's interest in full access to this drug trafficking prosecution.

IT IS SO STIPULATED.

Dated: January 7, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: January 6, 2020

/s/ MICHAEL CHASTAINE
MICHAEL CHASTAINE
Counsel for Defendant
JOSE MANUEL NAVARRO
(as authorized January 6, 2020)

```
1   McGREGOR W. SCOTT
    United States Attorney
2   ADRIAN T. KINSELLA
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT
9                             EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO. 2:19-CR-0134-JAM
12                 Plaintiff,               [PROPOSED] ORDER SEALING EXHIBIT AS
                                            SET FORTH IN THE PARTIES' JOINT
13          v.                              STIPULATION AND REQUEST
14  JOSE MANUEL NAVARRO,
15                 Defendant.
```

16

17     Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18  Request to Seal, IT IS HEREBY ORDERED that the Defense Exhibit B, pertaining to the defendant's

19  motion to suppress (Doc. 14), shall be SEALED until further order of this Court.

20     It is further ordered that access to the sealed documents shall be limited to the government and

21  counsel for the defendant.

22     The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

24  the parties' joint stipulation and request, sealing Defense Exhibit B serves a compelling interest. The

25  Court further finds that, in the absence of closure, the compelling interests identified by the joint

26  stipulation would be harmed.

27  //

28  //

In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the aforementioned exhibit that would adequately protect the compelling interests identified by the government.

1-7-2020

[signature]

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE