McGREGOR W. SCOTT
ADRIAN T. KINSELLA
United States Attorney
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0134-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE MANUEL NAVARRO, | DATE: March 17, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on March 17, 2020.

2. On March 16, 2020, the Court approved the defendant's request to substitute Mr. Victor Sherman and Mr. David W. Dratman as the defendant's new attorneys of record, in place of Mr. Michael L. Chastaine.

3. By this stipulation, defendant now moves to set a status conference on May 12, 2020 at 9:15 a.m., and to exclude time between March 17, 2020, and May 12, 2020, under Local Codes T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desire time to review the existing discovery in this case, consult with their client, discuss potential resolutions with their client, and otherwise prepare for

trial.

b) Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 17, 2020 to May 12, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 16, 2020         McGREGOR W. SCOTT
                              United States Attorney


                              /s/ ADRIAN T. KINSELLA
                              ADRIAN T. KINSELLA
                              Assistant United States Attorney


Dated: March 16, 2020         /s/ DAVID W. DRATMAN
                              DAVID W. DRATMAN
                              Counsel for Defendant
                              JOSE MANUEL NAVARRO
                              (as authorized March 16, 2020)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of March, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE