1  MCGREGOR W. SCOTT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00134-JAM |
   |---|---|
12 | Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
13 | v. | |
14 | JOSE MANUEL NAVARRO, | |
15 | Defendant. | |

16

17     Pursuant to Local Rule 141(b) and based upon the representation contained in the government's
18
   Request to Seal, IT IS HEREBY ORDERED that the government's four-page document pertaining to
19
   defendant JOSE MANUEL NAVARRO, and government's Request to Seal shall be SEALED until
20
   further order of this Court.
21
       It is further ordered that access to the sealed documents shall be limited to the government and
22
   counsel for the defendant.
23
   //
24
   //
25
   //
26
   //
27
   //
28

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

DATED: November 10, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE