VICTOR SHERMAN
Attorney at Law
State Bar No. 38483
Law Offices of Victor Sherman
11400 W. Olympic Bl., Suite 1500
Los Angeles, CA 90064
Telephone:  (424) 371-5930
Facsimile:   (310) 392-9029
Email:  ssvictor@aol.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
JOSE MANUEL NAVARRO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>                    v.<br>JOSE MANUEL NAVARRO,<br><br>                              Defendant. | 2:19-CR-00134 JAM<br><br>STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for February 23, 2021 at 9:30 a.m. be continued to May 18, 2021 at 9:30 a.m.; and, that the following sentencing schedule be adopted:

Judgment and Sentencing Date:                                                                May 18, 2021

Reply, or Statement of Non-Opposition:                                                    May 11, 2021

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 4, 2021 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 27, 2021 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 20, 2021 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | April 6, 2021 |

DATED: February 16, 2021                /s/ David W. Dratman
                                        DAVID W. DRATMAN
                                        VICTOR SHERMAN
                                        Attorneys for Defendant
                                        JOSE MANUEL NAVARRO


DATED: February 16, 2021                MCGREGOR W. SCOTT
                                        United States Attorney

                                   By: /s/ Adrian T. Kinsella*
                                        ADRIAN T. KINSELLA
                                        Assistant U.S. Attorney
                                        *Signed with permission


<u>ORDER</u>

IT IS SO ORDERED.

DATED: February 16, 2021                /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE