VICTOR SHERMAN
Attorney at Law
State Bar No. 38483
Law Offices of Victor Sherman
11400 W. Olympic Bl., Suite 1500
Los Angeles, CA 90064
Telephone: (424) 371-5930
Facsimile: (310) 392-9029
Email: ssvictor@aol.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
JOSE MANUEL NAVARRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br>JOSE MANUEL NAVARRO,<br><br>                Defendant. | 2:19-CR-00134 JAM<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING SCHEDULE |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for July 20, 2021 at 9:30 a.m. be continued to October 26, 2021 at 9:30 a.m.; and, that the following sentencing schedule be adopted:

    Judgment and Sentencing Date:                                              October 26, 2021

    Reply, or Statement of Non-Opposition:                              October 19, 2021

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 12, 2021 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 5, 2021 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 28, 2021 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED: June 24, 2021

/s/ David W. Dratman
DAVID W. DRATMAN
VICTOR SHERMAN
Attorneys for Defendant
JOSE MANUEL NAVARRO

DATED: June 24, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Adrian T. Kinsella*
ADRIAN T. KINSELLA
Assistant U.S. Attorney
*Signed with permission

## ORDER

IT IS SO ORDERED.

DATED: June 24, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE