VICTOR SHERMAN
Attorney at Law
State Bar No. 38483
Law Offices of Victor Sherman
11400 W. Olympic Bl., Suite 1500
Los Angeles, CA 90064
Telephone: (424) 371-5930
Facsimile: (310) 392-9029
Email: ssvictor@aol.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
JOSE MANUEL NAVARRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-00134 JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |
| JOSE MANUEL NAVARRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for October 26, 2021 at 9:30 a.m. be continued to February 15, 2022 at 9:30 a.m.; and, that the following sentencing schedule be adopted:

    Judgment and Sentencing Date:                                 February 15, 2022

    Reply, or Statement of Non-Opposition:                     February 8, 2022

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 1, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 25, 2022 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 18, 2022 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED:  OCTOBER 5, 2021         /s/ David W. Dratman
                                DAVID W. DRATMAN
                                VICTOR SHERMAN
                                Attorneys for Defendant
                                JOSE MANUEL NAVARRO

DATED:  OCTOBER 5, 2021         PHILLIP A. TALBERT
                                Acting United States Attorney

                                By: /s/ Adrian T. Kinsella*
                                ADRIAN T. KINSELLA
                                Assistant U.S. Attorney
                                *Signed with permission

## ORDER

IT IS SO ORDERED.

DATED:  OCTOBER 5, 2021         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE