VICTOR SHERMAN
Attorney at Law
State Bar No. 38483
Law Offices of Victor Sherman
11400 W. Olympic Bl., Suite 1500
Los Angeles, CA 90064
Telephone:  (424) 371-5930
Facsimile:   (310) 392-9029
Email:  victor@victorsherman.law

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, CA  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
JOSE MANUEL NAVARRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　　v.<br>JOSE MANUEL NAVARRO,<br><br>　　　　　　　　　　Defendant. | 2:19-CR-00134 JAM<br><br>STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for April 26, 2022 at 9:30 a.m. be continued to June 28, 2022 at 9:30 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---:|
| Judgment and Sentencing Date: | June 28, 2022 |
| Reply, or Statement of Non-Opposition: | June 21, 2022 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 14, 2022 |

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES v. JOSE MANUEL NAVARRO*
**[2:19-CR-00134 JAM]**

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | DISCLOSED |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | DISCLOSED |
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED:  APRIL 11, 2022          /s/ David W. Dratman
                                DAVID W. DRATMAN
                                VICTOR SHERMAN
                                Attorneys for Defendant
                                JOSE MANUEL NAVARRO


DATED:  APRIL 11, 2022          PHILLIP A. TALBERT
                                United States Attorney

                                By: /s/ Adrian T. Kinsella*
                                    ADRIAN T. KINSELLA
                                    Assistant U.S. Attorney
                                    *Signed with permission


ORDER

IT IS SO ORDERED.


DATED:  April 11, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE