VICTOR SHERMAN
Attorney at Law
State Bar No. 38483
Law Offices of Victor Sherman
11400 W. Olympic Bl., Suite 1500
Los Angeles, CA 90064
Telephone: (424) 371-5930
Facsimile: (310) 392-9029
Email: ssvictor@aol.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
JOSE MANUEL NAVARRO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br>JOSE MANUEL NAVARRO,<br><br>       Defendant. | 2:19-CR-00134 JAM<br><br>STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |

  IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for June 28, 2022 at 9:30 a.m. be continued to October 18, 2022 at 9:30 a.m.; and, that the following sentencing schedule be adopted:

  Judgment and Sentencing Date:              October 18, 2022

  Reply, or Statement of Non-Opposition:         October 11, 2022

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 4, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | FILED |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | DELIVERED |
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED: JUNE 20, 2022  /s/ David W. Dratman
DAVID W. DRATMAN
VICTOR SHERMAN
Attorneys for Defendant
JOSE MANUEL NAVARRO

DATED: JUNE 20, 2022  PHILLIP A. TALBERT
United States Attorney

By: /s/ Adrian T. Kinsella*
ADRIAN T. KINSELLA
Assistant U.S. Attorney
*Signed with permission

ORDER

IT IS SO ORDERED.

DATED: June 21, 2022  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE