VICTOR SHERMAN
Attorney at Law
State Bar No. 38483
Law Offices of Victor Sherman
11400 W. Olympic Bl., Suite 1500
Los Angeles, CA 90064
Telephone:  (424) 371-5930
Facsimile:  (310) 392-9029
Email:  ssvictor@aol.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California  95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
JOSE MANUEL NAVARRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-00134 JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |
| JOSE MANUEL NAVARRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for October 18, 2022. at 9:30 a.m. be continued to January 31, 2023, at 9:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---:|
| Judgment and Sentencing Date: | January 31, 2023 |
| Reply, or Statement of Non-Opposition: | January 24, 2023 |

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 17, 2023 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | FILED |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | DELIVERED |
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED: OCTOBER 10, 2022        /s/ David W. Dratman
                               DAVID W. DRATMAN
                               VICTOR SHERMAN
                               Attorneys for Defendant
                               JOSE MANUEL NAVARRO

DATED: OCTOBER 10, 2022        PHILLIP A. TALBERT
                               United States Attorney

                               By: /s/ Adrian T. Kinsella*
                               ADRIAN T. KINSELLA
                               Assistant U.S. Attorney
                               *Signed with permission

ORDER

IT IS SO ORDERED.

DATED: October 11, 2022        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE