VICTOR SHERMAN
Attorney at Law
State Bar No. 38483
Law Offices of Victor Sherman
11400 W. Olympic Bl., Suite 1500
Los Angeles, CA 90064
Telephone: (424) 371-5930
Facsimile: (310) 392-9029
Email: ssvictor@aol.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
JOSE MANUEL NAVARRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>                v.<br>JOSE MANUEL NAVARRO,<br><br>                     Defendant. | 2:19-CR-00134 JAM<br><br>STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for January 31, 2023, at 9:00 a.m. be continued to April 18, 2023, at 9:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---:|
| Judgment and Sentencing Date: | April 18, 2023 |
| Reply, or Statement of Non-Opposition: | April 11, 2023 |

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 4, 2023 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | FILED |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | DELIVERED |
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED:  JANUARY 24, 2023          /s/ David W. Dratman
                                  DAVID W. DRATMAN
                                  VICTOR SHERMAN
                                  Attorneys for Defendant
                                  JOSE MANUEL NAVARRO

DATED:  JANUARY 24, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                              By: /s/ Adrian T. Kinsella*
                                  ADRIAN T. KINSELLA
                                  Assistant U.S. Attorney
                                  *Signed with permission

## ORDER

IT IS SO ORDERED.

DATED:  January 25, 2023          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE