DAVID W. DRATMAN (SBN 78764)
Attorney at Law
601 University Ave., Suite 145
Sacramento, CA 95825
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: victor@victorsherman.law

Attorney for Defendant
JOSE MANUEL NAVARRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00134 JAM |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |
| v. | |
| JOSE MANUEL NAVARRO, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the document filed by the defendant pertaining to defendant Jose Manuel Navarro, and defendant's Request to Seal shall be **SEALED** until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

*for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the defendant's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the defendant's submission that would adequately protect the compelling interests identified by the defendant.

Dated: April 12, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE